_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
October 15, 2015

Kristin A. Schuler-Hintz, Esq. SBN 7171
Michael Chen, Esq. SBN 7307
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Phone (877) 369-6122
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorneys for Nationstar Mortgage LLC, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 14-17789-abl |
| | ) |
| LVBK, LLC, | ) Chapter 11 |
| | ) |
|     Debtor. | ) **ORDER ON STIPULATION FOR RELIEF** |
| | ) **FROM THE AUTOMATIC STAY AND** |
| | ) **ABANDONMENT BY BANKRUPTCY** |
| | ) **ESTATE** |
| | ) |
| | ) DATE: N/A |
| | ) TIME: |
| | ) |
| | ) |

*Rev. 12.09*    M&H File No. NV-15-117638
    14-17789-abl

1  The parties agreed to the terms set forth in the STIPULATION FOR RELIEF FROM
2  THE AUTOMATIC STAY AND ABANDONMENT BY BANKRUPTCY ESTATE filed on
3  10/15/2015 as document #348 and are bound by the terms of their stipulation which shall be the
4  Order of this Court.

**END OF ORDER**

IT IS SO ORDERED:

Submitted by:
McCarthy & Holthus, LLP


 /s/ Michael Chen, Esq.
Michael Chen, Esq.
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
(877) 369-6122