Kristin A. Schuler-Hintz, Esq. SBN 7171
Michael Chen, Esq. SBN 7307
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Phone (877) 369-6122
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorneys for Nationstar Mortgage LLC, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>LVBK, LLC,<br><br>        Debtor. | ) Case No. 14-17789-abl<br>)<br>) Chapter : 11<br>)<br>) **NOTICE OF ENTRY OF ORDER**<br>) **ON STIPULATION FOR RELIEF**<br>) **FROM THE AUTOMATIC STAY AND**<br>) **ABANDONMENT BY BANKRUPTCY**<br>) **ESTATE**<br>)<br>)<br>) HEARING<br>) Date:   N/A<br>) Time:<br>)<br>)<br>) |

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

You are hereby notified, pursuant to Local Bankruptcy Rule 9022, that an ORDER ON STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY AND ABADONMENT BY BANKRUPTCY ESTATE UNDER 11 USC § 362 (in whole or part) was entered on 10/15/2015.

On 10/19/2015, I served the foregoing documents as NOTICE OF ENTRY OF ORDER ON STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY AND ABADONMENT

1

1  BY BANKRUPTCY ESTATE on the following individuals by electronic means through the
2  Court's ECF program

    David J Winterton
    david@davidwinterton.com

    U.S. Trustee - LV - 11
    USTPRegion17.lv.ecf@usdoj.gov

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

                /s/ Amy Shaw
                Amy Shaw

On 10/19/2015, I served the foregoing documents described as NOTICE OF ENTRY OF ORDER TERMINATING AUTOMATIC STAY ON STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY AND ABADONMENT BY BANKRUPTCY ESTATE on the following individuals by depositing true copies thereof in the United States mail at San Diego, CA, enclosed in a sealed envelope, with postage paid, addressed as follows:

    LVBK, LLC
    4770 Barela Way
    Las Vegas, NV 89147

    BORROWER(S)
    Latisha L Robinson
    10024 Silver Cliff Street
    Las Vegas, NV 89178

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct**

10/19/2015                /s/ Christian Aguilar
                              Christian Aguilar

2